UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-20670-CIV- EGT

[CONSENT CASE]

DIMA DE JESUS RONDA CARRASQUEL )
and all others similarly situated under 29 )
U.S.C. 216(b), )
                                                       )
          Plaintiff, )
vs. )
                                                         )
STONE & WOOD DESIGN, INC., and )
MANUEL E. MIGUEL, )
                                                         )
          Defendants. )
_____ )

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT STONE & WOOD DESIGN, INC.'S VERIFIED MOTION FOR SANCTIONS [DE58]**

**COMES NOW** the Plaintiff, by and through undersigned counsel, and hereby files the above-styled Unopposed Motion for Enlargement, and in support thereof states as follows:

1. On March 27, 2017, Defendant Stone & Wood Design, Inc., filed its Verified Motion for Sanctions. [DE58].

2. Plaintiff's Response in Opposition to Defendant's Motion [DE58] comes due on April 7, 2017. As such, the deadline Plaintiff herein moves to enlarge has not yet passed.

3. The Parties have been in continuous conferral in order to reach a final resolution on this matter, including with regards to Defendant's pending Motion. Plaintiff is desirous to exhaust all resolution attempts before filing his Response in Opposition and his Cross-Motion for Sanctions against Defendant and its counsel for, among other reasons, vexatiously multiplying the proceedings in this matter which will in turn consume more

judicial resources. The additional time could result in a complete resolution thereby conserving judicial economy on this matter and future filings.

4. Also, the undersigned firm is closed and all staff and attorneys are on vacation due to the Jewish holiday of Passover on 4/11/17, 4/12/17, 4/17/17, and 4/18/17. Further, the undersigned will be observing the holiday of Passover as well and will be travelling out of country to celebrate same with her family. As such, the undersigned will have limited access to the internet and will have limited availability. The undersigned is has been the attorney directed working on the particular issues central to the pending Motion [DE58] and is, therefore, most familiar with particular issues raised in the Motion [DE58]. The undersigned is also directly involved in conferral efforts and is most knowledgeable about the issues in dispute.

5. Moreover, due to a recent reorganization of the undersigned Firm and the resignation of the main attorney assigned to various matters pending in this District, the undersigned has been assigned to new cases and diligently working on complying with various Court Orders and complying with the deadlines imposed in said cases.

6. Plaintiff files the present motion in good faith and not for purposes of delay. Rather, the requested relief and brief extension will allow the case to continue to proceed as scheduled towards trial as currently set and would benefit judicial economy as it will allow the Parties an opportunity to possibly narrow and clarify the issues and thereby possibly resolve the matter in totality.

7. **The undersigned has conferred with Defense Counsel, Leslie Langbein, Esq., who does not oppose the instant extension sought.**

8. Therefore, Plaintiff respectfully requests a brief twenty (20) day enlargement of time from the date the Response is currently due (4/27/17) to file his Response in Opposition to Defendant's Motion for Sanctions [DE58].

## MEMORANDUM OF LAW

The Court has discretion generally to grant enlargements, although the Court takes into consideration whether the request will impact the trial calendar and the reasons. *See, Sosa v. Airport Systems, Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998); *Michael Grecco Photography, Inc. v. Everett Collection, Inc.*, No. 07-CIV-8171, 2008 WL 4580024, *3-4 (S.D.N.Y. 10/14/08). Pursuant to Fed. R. Civ. P. 6(b):

> (b) Extending Time. (1) *In General.* When an act may or must be done within a specified time, the court may, **for good cause**, extend the time: (A) **with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires**; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Fed. R. Civ. P. 6(b) (emphasis added).

The request for further time is not for purposes of delay and, further, the Court should find the aforesaid constitutes good cause shown to justify the requested extension through to April 27, 2017, to file his Response in Opposition to Defendant's Motion for Sanctions [DE58]. Allowing the enlargement would benefit the Court as the extension of time will allow the Parties additional time to confer and possibly resolve all matters in this case and thereby conserve judicial economy.

**WHEREFORE** THE PLAINTIFF RESPECTFULLY REQUESTS A BRIEF TWENTY (20) DAY ENLARGEMENT OF TIME FROM THE DATE THE RESPONSE IS

CURRENTLY DUE (4/27/17) TO FILE HIS RESPONSE IN OPPOSITION TO

DEFENDANT'S MOTION FOR SANCTIONS [DE58].

## CERTIFICATE OF CONFERRAL

Defendants do not oppose this Motion.

                                        Respectfully submitted,

                                        J. H. ZIDELL, P.A.
                                        ATTORNEYS FOR PLAINTIFF
                                        300-71ST STREET, SUITE 605
                                        MIAMI BEACH, FLORIDA 33141
                                        305-865-6766
                                        305-865-7167

                                        By:_s/ Rivkah F. Jaff, Esq. ___
                                             Rivkah F. Jaff, Esquire
                                             Florida Bar No.: 107511

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT
COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 4/6/17 TO:**

**LESLIE W. LANGBEIN, ESQ.
LANGBEIN & LANGBEIN
8181 NW 154 STREET, SUITE 105
MIAMI LAKES, FL 33016
PH: 305-556-3663
FAX: 556-3647
EMAIL: LANGBEINPA@BELLSOUTH.NET**

   BY:_____/s/ Rivkah F. Jaff_____
            **RIVKAH F. JAFF, ESQ.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-20670-CIV- EGT

[CONSENT CASE]

DIMA DE JESUS RONDA CARRASQUEL
and all others similarly situated under 29
U.S.C. 216(b),

       Plaintiff,

vs.

STONE & WOOD DESIGN, INC., and
MANUEL E. MIGUEL,

       Defendants.
_____

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT STONE & WOOD DESIGN, INC.'S VERIFIED MOTION FOR SANCTIONS [DE58]**

This cause, having come before the Court on the above-described Unopposed Motion, and the Court being duly advised in the premises, it is ORDERED AND ADJUDGED that said Motion is granted and therefore:

PLAINTIFF SHALL FILE HIS RESPONSE TO DEFENDANT'S MOTION FOR SANCTIONS [DE58] ON OR BEFORE APRIL 27, 2017.

DONE AND ORDERED in chambers in Miami-Dade, Florida, on this _____ day of _____, 2017.

                                                _____
                                                EDWIN G. TORRES
                                                UNITED STATED MAGISTRATE JUDGE

Copies to: Counsel of Record